IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: Transwest Resort Properties, Inc., et al.,<br><br>    Debtors,<br><br>———————————————<br><br>JPMCC 2007-CI Grasslawn Lodging LLC,<br><br>    Appellant,<br><br>vs.<br><br>Transwest Resort Properties Inc., et al.,<br><br>    Appellees.<br>——————————————— | No. CV 12-00024-TUC-RCC<br><br>BK No. 4:10-bk-37134-EWH<br>Jointly Administered with Case Nos:<br>4:10-bk-37160-EWH<br>4:10-bk-37170-EWH<br>4:10-bk-37151-EWH<br>4:10-bk-37145-EWH<br><br>**ORDER** |

Before the Court is Appellant's Emergency Motion to Stay Pending Appeal (Doc. 5). The Court has considered the pleadings and arguments of counsel regarding the issuance of a stay pending appeal. The Court finds that Bankruptcy Judge Eileen W. Hollowell did not abuse her discretion in denying Appellant's motion for stay pending appeal. *See In re Wymer*, 5 B.R. 802, 807-08 (B.A.P. 9th Cir. 1980).

Judge Hollowell clearly considered the arguments put forth that were not already waived by stipulation. Judge Hollowell clearly applied the standard regarding a stay pending appeal and found that Appellant did not show irreparable harm. *See In re Irwin*, 338 B.R. 839, 843 (E.D.Cal. 2006) (listing the four factors for determining stay pending appeal). This Court finds the same. Judge Hollowell found that there was no substantial likelihood of success on the merits. This Court agrees with Judge Hollowell's determination. After

balancing the interests of the public, Judge Hollowell held that this factor was neutral. This Court finds that such a determination was not an abuse of discretion and will not disturb Judge Hollowell's finding as to this factor. Finally, Judge Hollowell found that balancing the hardships to the parties interested in these proceedings weighed in favor of the plan going forward. This Court agrees.

The Court will not make a determination at this time as to whether SWVP has standing. As such, the Court will refrain from ruling on SWVP's Motion for Joinder (Doc. 27) until the Court has determined whether SWVP has standing in this action. Therefore,

**IT IS ORDERED** Appellant's Emergency Motion to Stay Pending Appeal (Doc. 5) is **denied**. If the parties wish, this Court may require an accelerated briefing schedule. The parties are to confer and file notice with the Court by **January 31, 2012** if they wish for the Court to set an accelerated briefing schedule.

**IT IS FURTHER ORDERED** Debtor-Appellee's Motions to Strike Declarations Filed in Support of Emergency Motion for Stay Pending Appeal (Docs. 26 & 28) are **dismissed as moot**.

DATED this 17th day of January, 2012.

_____
Raner C. Collins
United States District Judge